IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 0410 |
| W & D TRUCK LINES, INC., ) | |
| an Illinois corporation, ) | JUDGE RONALD A. GUZMAN |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, TERRENCE J. HANCOCK, *et al.*, by their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice pursuant to the execution of a Settlement Agreement.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar Number:  6278364
Telephone:  (312) 236-4316
Facsimile:  (312) 236-0241
E-mail:  pryan@baumsigman.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (**Notice of Voluntary Dismissal**) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of March 2008:

>Mr. James E. Taylor
>Law Office of James E. Taylor, P.C.
>8741 S. Greenwood Avenue, Suite 203
>Chicago, IL   60619


/s/  Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar Number:  6278364
Phone:  (312) 236-4316
Fax:  (312) 236-0241
E-mail:  pryan@baumsigman.com

I:\731exc\W&D\#20447\notice of dismissal.pnr.df.wpd